| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>90 N.E. FOURTH STREET<br>SUITE 1067<br>MIAMI, FLORIDA 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 21 P 12: 28 FINANCIAL DISCLOSURE OFFICE

Huck_Paul_C

| Name of Person Reporting | | Date of Report |
|---|---|---|
| HUCK, PAUL C. | - | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. THE FLORIDA BAR | 7-15-2008 | ORLANDO, FL | PART. IN ROUND TAB LEPANEL | TRAVEL AND LODGING EXPENSES |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GIBRALTAR BANK FSB - CHECKING | A | Interest | J | T | | | | | |
| 2. GIBRALTAR BANK, FSB - MONEY MARKET | A | Interest | L | T | | | | | |
| 3. FRANKLIN STREET PROPERTIES (F/K/A FSP COLLINS CROSSING | C | Dividend | J | T | | | | | |
| 4. OMAN TRUSTEE - SW 214 ST, FORMERLY HERRERA | A | Interest | L | T | | | | | |
| 5. OMAN TRUSTEE - NW 19/20 ST LLC | A | Interest | M | T | | | | | |
| 6. OMAN TRUSTEE - SW 288 ST LLC | A | Interest | K | T | | | | | |
| 7. OMAN TRUSTEE - WALDEN (5) | A | Interest | J | T | | | | | |
| 8. OMAN TRUSTEE - MORTGAGE TR 1 | B | Interest | L | T | | | | | |
| 9. OMAN TRUSTEE - MORTGAGE TR 2 | B | Interest | N | T | | | | | |
| 10. OMAN TRUSTEE #4 (BAEZ) | | None | | | Sold | 1-15 | L | D | |
| 11. OMAN TRUSTEE #15 (ROCKLEDGE) | | None | | | Sold | 9-27 | K | | |
| 12. | | | | | | | | | |
| 13. **MRGN KEEGAN PCH | | | | | | | | | |
| 14. MONEY MKT - DREYFUS FD | B | Dividend | M | T | | | | | |
| 15. ISHARES MSCI EAFE INDEX FD | B | Dividend | | | Sold | 8-29 | K | | |
| 16. ISHARES TR RUSSELL 1000 VALUE INDEX | B | Dividend | K | T | Sold (part) | 8-29 | L | | |
| 17. ISHARES TR RUSSELL 1000 GROWTH INDEX | A | Dividend | K | T | Sold (part) | 8-29 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FL STATE DEPT ENVIRON | B | Interest | L | T | | | | | |
| 19. FL STATE GOVT UTIL | B | Interest | L | T | | | | | |
| 20. JACKSONVILLE FL EXCISE TAXES S ER A | C | Interest | L | T | | | | | |
| 21. MIAMI DADE CNTY HLTH FACS | B | Interest | L | T | | | | | |
| 22. ORANGE CNTY FL TOURIST DEV | B | Interest | | | Sold | 10-1 | K | | |
| 23. VOLUSIA CNTY FL PUB IMP | C | Interest | M | T | | | | | |
| 24. WEST VA ST HOSP | B | Interest | L | T | | | | | |
| 25. MKT VECTORS ETF | | None | | | Buy | 4-17 | L | | |
| 26. MKT VECTORS ETF | | None | | | Sold | 10-1 | K | | |
| 27. FL HURRICANE CAT FD FIN CORP | | None | | | Buy | 10-1 | L | | |
| 28. GWINNETT CNTY GA SCH DIST | | None | | | Buy | 10-1 | M | | |
| 29. FL STATE BRD ED SER A | | None | | | Buy | 10-29 | M | | |
| 30. | | | | | | | | | |
| 31. ** MRGN KEEGAN DHH | | | | | | | | | |
| 32. MONEY MARKET - DREYFUS FUND | A | Dividend | J | T | | | | | |
| 33. MONEY MARKET - DREYFUS FUND | B | Dividend | N | T | | | | | |
| 34. BB&T | A | Dividend | | | Buy | 1-29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BB&T | A | Dividend | | | Sold | 6-4 | J | | |
| 36. CVS/CAREMARK | A | Dividend | | | Buy | 4-1 | K | | |
| 37. CVS/CAREMARK | A | Dividend | | | Sold | 7-25 | K | | |
| 38. CALLAWAY GOLF | A | Dividend | | | Sold | 4-23 | J | | |
| 39. CATERPILLAR INC | A | Dividend | | | Sold | 7-2 | K | | |
| 40. CHURCH & DWIGHT CO | A | Dividend | K | T | Sold (part) | 7-25 | K | | |
| 41. DANAHER CORP | A | Dividend | | | Sold | 1-28 | K | D | |
| 42. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 4-1 | J | A | |
| 43. EL PASO CORP | A | Dividend | | | Sold | 10-28 | K | | |
| 44. EMERSON ELECTRIC | A | Dividend | | | Sold | 9-12 | K | D | |
| 45. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 46. FPL GROUP | B | Dividend | L | T | | | | | |
| 47. GENERAL DYNAMICS | A | Dividend | K | T | | | | | |
| 48. IBM | A | Dividend | K | T | Buy | 3-19 | K | | |
| 49. OWENS & MINOR INC | A | Dividend | | | Buy | 6-5 | K | | |
| 50. OWENS & MINOR INC | A | Dividend | | | Sold | 7-11 | K | | |
| 51. STRYKER CORP | A | Dividend | | | Sold | 11-19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SUNTRUST BANKS | A | Dividend | | | Buy | 8-13 | K | | |
| 53. SUNTRUST BANKS | A | Dividend | | | Sold | 9-8 | K | C | |
| 54. WILLIAMS COS | A | Dividend | J | T | Sold (part) | 7-8 | K | D | |
| 55. ENERGY TRANSFER EQ | A | Distribution | | | Sold | 7-25 | K | | |
| 56. WILLIAM PARTNERS LP | A | Distribution | | | Sold | 7-2 | K | B | |
| 57. ADOBE SYSTEMS | | None | | | Buy | 2-26 | K | | |
| 58. ADOBE SYSTEMS | | None | | | Sold | 3-5 | K | | |
| 59. AIR METHODS CORP | | None | | | Buy | 5-14 | J | | |
| 60. AIR METHODS CORP | | None | | | Sold | 6-27 | J | | |
| 61. EXPRESS SCRIPTS INC | | None | | | Buy | 4-30 | K | | |
| 62. EXPRESS SCRIPTS INC | | None | | | Sold | 6-9 | K | | |
| 63. GILEAD SCIENCES | | None | | | Sold | 5-14 | K | C | |
| 64. GRACO INC | | None | | | Sold | 1-11 | K | | |
| 65. KANSAS CITY SO IND | | None | | | Buy | 6-9 | K | | |
| 66. KANSAS CITY SO IND | | None | | | Sold | 10-6 | K | | |
| 67. KENDLE INTL INC | | None | | | Buy | 8-29 | K | | |
| 68. KENDLE INTL INC | | None | | | Sold | 10-3 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| HUCK, PAUL C. | . | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   LAWSON SOFTWARE INC | | None | | | Sold | 1-30 | J | | |
| 70.   NORTHERN TR CORP | | None | | | Buy | 10-8 | K | | |
| 71.   NORTHERN TR CORP | | None | | | Sold | 11-12 | K | | |
| 72.   AMERICAN TOWER SYSTEMS | | None | J | T | Sold (part) | 6-4 | J | D | |
| 73.   LMI AEROSPACE | | None | | | Sold | 6-27 | K | A | |
| 74.   LEUCADIA NAT CORP | | None | | | Sold | 7-25 | K | D | |
| 75.   DAVITA INC | | None | K | T | Buy | 8-12 | K | | |
| 76.   HERLEY INC | | None | K | T | Buy | 5-6 | K | | |
| 77.   JP MORGAN CHASE | | None | K | T | Buy | 12-8 | K | | |
| 78.   VERIZON COMM | | None | K | T | Buy | 12-8 | K | | |
| 79.   VESTAS WIND | | None | J | T | Buy | 5-14 | K | | |
| 80. | | | | | | | | | |
| 81.   ** MRGN KEEGAN (IRA) PCH | | | | | | | | | |
| 82.   MONEY MKT FD - DREYFUS | B | Interest | M | T | | | | | |
| 83.   ISHARES RUS MCAP INDEX VAL | B | Dividend | K | T | | | | | |
| 84.   ISHARES RUS MCAP INDEX | B | Dividend | K | T | Sold (part) | 3-3 | K | | |
| 85.   ISHARES TR RUS 1000 VAL INDEX | B | Dividend | K | T | Sold (part) | 3-3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  ISHARES TR RUS 1000 GRWTH INDEX | B | Dividend | K | T | Buy | 5-30 | K | | |
| 87.  ISHARES TR RUS 1000 GRWTH INDEX | | None | | | Sold (part) | 8-29 | K | | |
| 88.  ISHARES TR RUS 2000 VAL INDEX | B | Dividend | L | T | Sold (part) | 3-3 | J | | |
| 89.  ISHARES RUS 2000 GRWTH INDEX | B | Dividend | K | T | Sold (part) | 3-3 | K | | |
| 90.  SPDR S&P DEP RCPT TRADES/QUOTES | B | Dividend | K | T | Buy (add'l) | 5-30 | K | | |
| 91.  SPDR S&P DEP RCPT TRADES/QUOTES | | None | | | Sold (part) | 10-1 | K | | |
| 92.  PIMCO TOT RET FD A | A | Dividend | L | T | Buy | 12-22 | L | | |
| 93.  FANNIE MAE NOTES FIXED ESTATE | B | Interest | L | T | Buy | 1-15 | L | | |
| 94.  COCA COLA ENTR | B | Interest | K | T | | | | | |
| 95.  MORGAN STANLEY DW | A | Interest | L | T | Buy | 10-28 | L | | |
| 96.  JP MORGAN CHASE | C | Interest | L | T | | | | | |
| 97.  GOLDMAN SACHS GROUP | B | Interest | K | T | | | | | |
| 98.  ASTRA ZENECA PLC | C | Interest | L | T | | | | | |
| 99.  HOUSEHOLD FIN | B | Interest | | | Redeemed | 1-15 | K | | |
| 100.  AMER FDS EURO | | None | | | Buy | 1-3 | K | | |
| 101.  AMER FDS EURO | | None | | | Sold | 10-29 | K | | |
| 102.  POWERSHS DB AGRIC | | None | | | Buy | 4-17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. POWERSHS DB AGRIC | | None | | | Sold | 8-5 | L | | |
| 104. MKT VECTORS ETF | | None | | | Buy | 5-6 | L | | |
| 105. MKT VECTORS ETF | | None | | | Sold | 8-5 | L | | |
| 106. DAVIS NY VENTURE A | | None | | | Sold | 1-3 | K | | |
| 107. ISHARES TR DJ SELECT | | None | | | Sold | 2-28 | L | | |
| 108. ISHARES MSCI EAFE INDEX | | None | | | Sold | 3-3 | K | | |
| 109. CASTS FOR GECC II | | None | | | Sold | 6-15 | K | | |
| 110. | | | | | | | | | |
| 111. ** LIMITED PTNERSHIPS | | | | | | | | | |
| 112. POWERSHARES DB | | None | | | Closed | 12-31 | L | | |
| 113. PRESERVE AT SAN LUIS LLC | | None | J | T | | | | | |
| 114. HTG CRYSTAL COVE LLC | A | Int./Div. | M | T | | | | | |
| 115. ALTAMONTE INV LLC | | None | M | T | | | | | |
| 116. ENCLAVE AT RPB LTD | E | Interest | K | T | | | | | |
| 117. EZGREEN ASSOC LLC | | None | J | T | | | | | |
| 118. WILLIAMS PARTNERS LP | | None | | | Closed | 12-31 | J | | |
| 119. ENERGY TRANS EQ LP | | None | | | Closed | 12-31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HOMESTEAD 5 LLC | | None | L | T | Buy | 6-15 | L | | |
| 121. SW 214 LLC | | None | M | T | Buy | 6-15 | M | | |
| 122. NW 8 LLC | | None | M | T | Buy | 6-15 | M | | |
| 123. MORTGAGE TR 2 LLC | C | Interest | M | T | Buy | 6-15 | M | | |
| 124. LAKEHOUSE I LTD | D | Distribution | J | T | | | | | |
| 125. RASCON ASSOC LTD | A | Interest | L | T | | | | | |
| 126. 22 LANTERN LLC CLASS B | | None | L | T | | | | | |
| 127. 22 LANTERN LLC CLASS D | | None | L | T | Buy | 6-15 | K | | |
| 128. 22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| HUCK, PAUL C. | . | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HOMESTEAD 5 LLC | | None | L | T | Buy | 6-15 | L | | |
| 121. SW 214 LLC | | None | M | T | Buy | 6-15 | M | | |
| 122. NW 8 LLC | | None | M | T | Buy | 6-15 | M | | |
| 123. MORTGAGE TR 2 LLC | C | Interest | M | T | Buy | 6-15 | M | | |
| 124. LAKEHOUSE I LTD | D | Distribution | J | T | | | | | |
| 125. RASCON ASSOC LTD | A | Interest | L | T | | | | | |
| 126. 22 LANTERN LLC CLASS B | | None | L | T | | | | | |
| 127. 22 LANTERN LLC CLASS D | | None | L | T | Buy | 6-15 | K | | |
| 128. 22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Please note that holdings are now listed by grouping according to the account holder.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544